<u>SENTENCING COURTROOM MINUTE SHEET</u>         DATE <u>                6-1-07                </u>

CR. CASE NO. <u>     06-180          </u> F  U.S.A. -vs- <u>        MICHAEL DWIGHT NORWOOD           </u>

COMMENCED <u>      9:30      </u> ENDED <u>      10:30      </u> TOTAL TIME <u>        1 hour          </u>

JUDGE <u>STEPHEN P. FRIOT</u>           DEPUTY <u>LORI GRAY</u>        REPORTER <u>TRACY WASHBOURNE</u>

COUNSEL FOR PLF. <u>     Jay Farber                                              </u>

COUNSEL FOR DFT. <u>     Joseph Wells                                            </u>

SENTENCING MINUTE:    <u>Dft. appears in person</u>   with/without    private / public defender / <u>ct. apptd   counsel</u>

<u>Rule invoked on mtn of dft.</u>     <u>Probation Report reviewed by counsel and dft.</u>      Probation Officer:  <u>  Kelly Black   </u>

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS FOR <u>the remainder of his life, consisting of terms of 360 months on Count 1, 360 months on Count 2,  life imprisonment on Count 3, and 120 months on Count 4, all such terms to be served concurrently with one another.</u>

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of <u>8 years, consisting of terms of 6 years on Count 1, 6 years on Count 2, 8 years on Count 3, and 3 years on Count 4, all such terms to run concurrently.</u>

Defendant to abide by following conditions of probation/supervised release:
- (X) report in person to the probation office in the district to which released within 72 hours of release from the custody of the Bureau of Prisons.
- (X) shall comply with the standard conditions of supervision that have been adopted by this Court.
- (X) shall not commit another federal, state or local crime and shall not illegally possess a controlled substance.
- (X) shall not possess a firearm or destructive device.
- (X) shall cooperate in the collection of DNA as directed by the probation officer.
- (X) shall notify the probation officer 10 days prior to any change in residence or employment.
- (X) shall refrain from any unlawful use of a controlled substance.
- (X) shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
- (X) special condition: the dft shall participate in a program of substance abuse aftercare at the direction of the probation officer.  Totally abstain from use of alcohol and/or other intoxicants both during and after completion of any treatment program.
- (X) shall participate in the Inmate Financial Responsibility Program while incarcerated.
- (X) shall participate in the Residential Drug Abuse Program while incarcerated.

Dft ordered to pay a fine in amt of $<u>                              </u>.    <u>Fine is hereby waived due to dft's inability to pay such fine.</u>

In lieu of a fine, the dft is ordered to complete <u>           </u> hours of community service during the first year of supervised release.

Dft ordered to pay restitution in the amt of $<u>                                                                        </u>

PAY A SPECIAL ASSESSMENT FEE OF <u>$100.00  </u> on Count(s) <u> 1, 2, 3 & 4    </u> for a total of $<u>400.00  </u> <u>Due immediately.</u>

<u>DFT. adv. of right to appeal & to appeal in f.p.</u>  DFT. gives oral notice of appeal and Clerk directed to spread of record APPEAL BOND set in the amt of <u>              </u> CASH or SURETY.

Court orders commitment to the custody of the Bureau of Prisons/Attorney General & recommends that dft, if eligible, be incarcerated at: <u>                         Forrest City, AR                                            </u>

Execution of sentence stayed until <u>                     </u> NOON <u>                                                                    </u>, at which time defendant's court appearance bond will be exonerated.  Dft. to remain on present bond until he/she reports to designated prison.

BOND EXONERATED.         <u>DFT. REMANDED  TO U.S.M.</u>