# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                             )<br>           Plaintiff,                  )<br>                                             )<br>     -vs-                                  )<br>                                             )<br>MICHAEL DWIGHT NORWOOD,  )<br>                                             )<br>           Defendant.                )  | No.  CR-06-180-F |

## O R D E R

This matter comes before the Court on a motion (Doc. No. 185) of the plaintiff, United States of America, for an extension of time up to respond to defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 180).

After having considered the Motion and being otherwise duly advised of the premises therein, the Court hereby grants the plaintiff until January 12, 2015, in which to respond.

IT IS SO ORDERED this 25th day of November, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0180p042.PO.wpd